**STATE of Missouri, Plaintiff/Respondent,**

v.

**Mario HARRIS, Defendant/Appellant.**

**Mario HARRIS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 57558, 60359.

Missouri Court of Appeals, Eastern District, Division Two.

June 16, 1992.

John A. Klosterman, St. Louis, for defendant, appellant.

**248**

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

## ORDER

**PER CURIAM.**

Defendant was convicted by a jury of two counts of possession of a controlled substance. He appeals the convictions and his sentence of two concurrent terms of twelve years as a prior drug offender and a prior persistent offender.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).